# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DOMINIQUE WILLIAMS**                                                                    **PLAINTIFF**
**#163475**

V.                                NO. 4:22-cv-001170-JM

**HIGGINS,** *et al*.                                                          **DEFENDANTS**

### **JUDGMENT**

Consistent with the Order entered today, this case is DISMISSED, without prejudice.

IT IS SO ORDERED this 11th day of January, 2023.

                                                                         _____
                                                                         UNITED STATES DISTRICT JUDGE